NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GLG FARMS LLC,**

*Plaintiff-Appellant*

**v.**

**BRANDT AGRICULTURAL PRODUCTS, LTD.,**

*Defendant-Cross-Appellant*

---

2017-1937, 2017-1973

---

Appeals from the United States District Court for the District of North Dakota in No. 4:14-cv-00153-RRE-ARS, Chief Judge Ralph R. Erickson.

---

**JUDGMENT**

---

CHAD E. ZIEGLER, Neustel Law Offices, Ltd., Fargo, ND, argued for plaintiff-appellant. Also represented by MICHAEL S. NEUSTEL.

ANN G. SCHOEN, Frost Brown Todd LLC, Cincinnati, OH, argued for defendant-cross-appellant. Also represented by WILLIAM S. MORRISS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, MAYER, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| April 6, 2018 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |